United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 02, 2015
Docket #: 15-497mv
Short Title: Flo & Eddie, Inc. v. Sirius XM Radio, Inc.

DC Docket #: 13-cv-5784
DC Court: SDNY (NEW YORK CITY)
DC Judge: McMahon

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for leave to appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, April 14, 2015 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 15th Floor, Room 1505.

Inquiries regarding this case may be directed to 212-857-8595.