**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Flo & Eddie, Inc. v. Sirius XM Radio, Inc.   Docket No.: 15-497

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Harvey W. Geller

Firm: Gradstein & Marzano PC

Address: 6310 San Vicente Blvd., Suite 510, Los Angeles, CA 90048

Telephone: (323) 776-3100   Fax:

E-mail: hgeller@gradstein.com

Appearance for: Flo & Eddie, Inc. / Respondent
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Robert L. Rimberg / Goldberg & Rimberg PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Harvey Geller

Type or Print Name: Harvey Geller