S.D.N.Y.—N.Y.C.
13-cv-5784
McMahon, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand fifteen.

Present:
    John M. Walker, Jr.,
    Guido Calabresi,
    Reena Raggi,
        *Circuit Judges*.

---

Sirius XM Radio, Inc., a Delaware Corporation,

        *Petitioner*,

v.        15-497

Flo & Eddie, Inc., a California Corporation, individually and on behalf of all others similarly situated,

        *Respondent*.

---

Sirius XM Radio, Inc., petitions, pursuant to 28 U.S.C. § 1292(b), for leave to appeal the district court's orders denying summary judgment and reconsideration. Upon due consideration, it is hereby ORDERED that the petition is GRANTED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

